RITA NOMBURG, an Infant, etc., by EMIL NOMBURG, Her Guardian ad Litem, and EMIL NOMBURG, Appellants, v. HUDSON TRANSIT CORPORATION, Respondent. — Order affirmed, with twenty dollars costs and disbursements No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

HANU FELSHIN and Another, Respondents, v. 2760 CONCOURSE REALTY CORPORATION, Defendant, Impleaded with EMIL J. WINTERROTH and Another, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Liquidator of the FIRST MORTGAGE GUARANTY AND TITLE COMPANY, Respondent, v. ROBERT Y. CLARK and Others, Appellants, Impleaded with Others.— Order reversed, with twenty dollars costs and disbursements, and defendants, appellants' motion for a change of venue granted, and the plaintiff's cross-motion denied, and the clerk of the county of New York, as required by section 188 of the Civil Practice Act, is ordered, upon payment of his proper fees therefor, forthwith to deliver to the clerk of the county of Westchester all papers filed in the action and certified copies of all minutes and entries relating thereto. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Liquidator of the FIRST MORTGAGE GUARANTY AND TITLE COMPANY, Respondent, v. GEORGE G. BARBER and Others, Appellants, Impleaded with Others.— Orders reversed, with twenty dollars costs and disbursements, and motion of defendants George G. Barber, George Watson, Leverett G. Cross, Howard R. Ware and George Watson, Jr., for a change of venue granted, and the cross-motion of plaintiff denied, and the clerk of the county of New York, as required by section 188 of the Civil Practice Act, is ordered, upon payment of his proper fees therefor, forthwith to deliver to the clerk of the county of Westchester all papers filed in the action and certified copies of all minutes and entries relating thereto. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

ROSE FEBBRAIO, as Administratrix, etc., of GABRIEL FEBBRAIO, Deceased, Respondent, v. THE CITY OF NEW YORK, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.; Martin, P. J., takes no part.

F. T. ADAMS and Others, Appellants, v. JOSEPH H. ADAMS, Respondent, Impleaded with others.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.; Merrell and Untermyer, JJ., dissent and vote for affirmance.

BERRY MILLER, Respondent, v. DARIUS MILLER, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.